# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Percy | Central District of California | 01/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Nominee | X Nomination, Date 01/23/2002 _____ Initial _____ Annual _____ Final | 01/01/2001 to 01/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 S. Figueroa Avenue<br>Suite 1500<br>Los Angeles, California 90017 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Member of Board of Directors | Legal Aid Foundation of Los Angeles |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 10/06/95 | SNR Partnership Agreement - capital contribution to be returned upon resignation from the partnership |
| 2 | 01/01/95 | Sonberk Profit Sharing Plan - 401K Plan funds will be rolled over into an individual IRA account upon resignation. |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 12/01/00 | Sonnenschein Nath & Rosenthal Partnership | $328,000 |
| 2 | 01/01/02 | Sonnenschein Nath & Rosenthal Partnership | $319,875 |
| 3 | | | |
| 4 | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Anderson, Percy | 01/28/2002 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | | EXEMPT. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Percy | 01/28/2002 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Real Property - Long Beach, CA Parcel 3 | | None | M | T | EXEMPT | | | | |
| 2  Real Property - Long Beach, CA Parcel 1 | | None | M | T | EXEMPT | | | | |
| 3  United California Bank | | None | M | T | EXEMPT | | | | |
| 4  Bank of America Account | A | Interest | L | T | EXEMPT | | | | |
| 5  Citibank Account | C | Interest | L | T | EXEMPT | | | | |
| 6  Bryan Cave LLP Partnership | A | Interest | J | T | EXEMPT | | | | |
| 7  East West Fed Bank Account | A | Interest | K | T | EXEMPT | | | | |
| 8  Sonnenschein Nath Rosenthal Partnership | A | Interest | K | T | EXEMPT | | | | |
| 9  Tower Investors LLC Account | A | Interest | J | T | EXEMPT | | | | |
| 10  Wells Fargo Bank Accounts | A | Interest | M | T | EXEMPT | | | | |
| 11  Bank of America Inv Svs Account | C | Dividend | L | T | EXEMPT | | | | |
| 12  CNL American Prop Fund | A | Dividend | K | T | EXEMPT | | | | |
| 13  First Clearing Corporation | B | Dividend | K | T | EXEMPT | | | | |
| 14  Tower Investors LLC Account | A | Dividend | J | T | EXEMPT | | | | |
| 15  IRA | B | Dividend | N | T | EXEMPT | | | | |
| 16  Abbott Laboratories | | | | | EXEMPT | | | | |
| 17  Amazon Com Inc | | | | | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 American International GP | | | | | EXEMPT | | | | |
| 19 AOL Time Warner | | | | | EXEMPT | | | | |
| 20 BP PLC ADS | | | | | EXEMPT | | | | |
| 21 Brazil Fund | | | | | EXEMPT | | | | |
| 22 Debt Strat Fund Inc. New | | | | | EXEMPT | | | | |
| 23 Dow Chemical Co | | | | | EXEMPT | | | | |
| 24 Emerging Mkts Telecomm FD New | | | | | EXEMPT | | | | |
| 25 General Electric Co | | | | | EXEMPT | | | | |
| 26 Ing Groep NV ADR | | | | | EXEMPT | | | | |
| 27 Mexico Fund Inc. | | | | | EXEMPT | | | | |
| 28 MFS Charter Income TR SBI | | | | | EXEMPT | | | | |
| 29 MFS Multimarket Inc. TR SBI | | | | | EXEMPT | | | | |
| 30 Microsoft Corp | | | | | EXEMPT | | | | |
| 31 Morgan Stanley Emerg Mkts Fund | | | | | EXEMPT | | | | |
| 32 Morgan Stnly Dean Witter & Co | | | | | EXEMPT | | | | |
| 33 Palm Inc | | | | | EXEMPT | | | | |
| 34 Pilgrim Prime Rate Trust | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Putnam Premier Income TR SBI | | | | | EXEMPT | | | | |
| 36 SBC Communications | | | | | EXEMPT | | | | |
| 37 Smartserv Online Inc New | | | | | EXEMPT | | | | |
| 38 Southwest Airlines | | | | | EXEMPT | | | | |
| 39 Target Corporation | | | | | EXEMPT | | | | |
| 40 Templeton Emerging Mkts Inc FD | | | | | EXEMPT | | | | |
| 41 The India Fund Inc. | | | | | EXEMPT | | | | |
| 42 Verizon Communications | | | | | EXEMPT | | | | |
| 43 Brokerage Account No. 1 | | | | | | | | | |
| 44 Money Market | B | Dividend | K | T | EXEMPT | | | | |
| 45 American International GP | A | Dividend | J | T | EXEMPT | | | | |
| 46 AOL Time Warner | | None | K | T | EXEMPT | | | | |
| 47 BP PLC ADS | A | Dividend | J | T | EXEMPT | | | | |
| 48 Dow Chemical Co | A | Dividend | J | T | EXEMPT | | | | |
| 49 Dreyfus Strategic Mun Bd Fd | A | Dividend | J | T | EXEMPT | | | | |
| 50 Dreyfus Strategic Muns Inc | | None | J | T | EXEMPT | | | | |
| 51 Duke Realty Corp | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 General Electric Co | A | Dividend | K | T | EXEMPT | | | | |
| 53 Microsoft Corp | | None | K | T | EXEMPT | | | | |
| 54 Munienhanced FD | A | Dividend | J | T | EXEMPT | | | | |
| 55 Munivest FD II Inc | A | Dividend | J | T | EXEMPT | | | | |
| 56 Nuveen Municipal Value FD Inc | | None | J | T | EXEMPT | | | | |
| 57 Nuveen Premium Inc Mun FD Inc | | None | J | T | EXEMPT | | | | |
| 58 SBC Communications | A | Dividend | J | T | EXEMPT | | | | |
| 59 Sprint PCS Series 1 | | None | K | T | EXEMPT | | | | |
| 60 Target Corporation | | None | J | T | EXEMPT | | | | |
| 61 Verizon Communications | A | Dividend | J | T | EXEMPT | | | | |
| 62 Brokerage Account No. 2 | | | | | | | | | |
| 63 Bank Deposit Program | A | Interest | M | T | EXEMPT | | | | |
| 64 Money Funds | A | Interest | L | T | EXEMPT | | | | |
| 65 AOL Time Warner Inc | | None | J | T | EXEMPT | | | | |
| 66 ALLTEL Corp Delaware | A | Dividend | J | T | EXEMPT | | | | |
| 67 AMGEN Inc | | None | K | T | EXEMPT | | | | |
| 68 Ariba Inc | | None | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Avaya Inc | | None | J | T | EXEMPT | | | | |
| 70 Cisco Sys Inc | | None | J | T | EXEMPT | | | | |
| 71 International Business Machines Corp | A | Dividend | K | T | EXEMPT | | | | |
| 72 Lucent Technologiews Inc | A | Dividend | J | T | EXEMPT | | | | |
| 73 Nokia Corp | A | Dividend | J | T | EXEMPT | | | | |
| 74 Pfizer Inc | A | Dividend | J | T | EXEMPT | | | | |
| 75 SBC Communications Inc | A | Dividend | K | T | EXEMPT | | | | |
| 76 Seligman New Technologies FD | | None | K | T | EXEMPT | | | | |
| 77 Sprint Corp | A | Dividend | J | T | EXEMPT | | | | |
| 78 Sprint PCS | A | Dividend | J | T | EXEMPT | | | | |
| 79 Tower Investors, LLC | A | Distribution | J | U | EXEMPT | | | | |
| 80 Real Property - Long Beach, CA Parcel 2 | | None | N | T | EXEMPT | | | | |
| 81 Real Property - Long Beach, CA Parcel 4 | | None | N | T | EXEMPT | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Not Applicable

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date 1/28/02

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 450 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 559 | 629 | Notes payable to relatives | | | |
| Unlisted securities–add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 60 | 000 |
| Real estate owned-add schedule | 1 | 525 | 000 | Chattel mortgages and other liens payable | | | . |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 70 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 60 | 000 |
| | | | | Net Worth | 2 | 554 | 629 |
| Total Assets | 2 | 604 | 629 | Total liabilities and net worth | 2 | 604 | 629 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) No | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |